IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                                                PLAINTIFF
ADC #760343

v.                              CASE NO: 1:13CV00123 BSM

VIRGINIA ROBINS et al.                                                                         DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young and the objections filed by defendants have been reviewed. After careful consideration and a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions to dismiss [Doc. Nos. 31, 43] are granted in part and denied in part.

2. The motions are granted to the extent that plaintiff's claims for monetary damages against defendants in their official capacities are dismissed with prejudice. The motions are denied in all other respects.

IT IS SO ORDERED this 20th day of June 2014.

                                                                                    /s/ Brian S. Miller
                                                                            UNITED STATES DISTRICT JUDGE