IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY                                                                          PLAINTIFF
ADC #760343

v.                          CASE NO: 1:13CV00123 BSM

VIRGINIA R. ROBINS et al.                                                           DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and defendants' objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's motion to voluntarily dismiss her complaint [Doc. No. 66] is granted and her complaint is dismissed without prejudice.

2.      It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT SO ORDERED this 7th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE