**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA R. MURPHY**                                                                                    **PLAINTIFF**
**ADC #760343**

**v.**                            **CASE NO: 1:13CV00123 BSM**

**VIRGINIA R. ROBINS et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order filed this date, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE